# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-0390
Lower Tribunal No. 2018-CA-003615

———————————————

SJG MANAGEMENT, LLC and GRAHAM COE,

Appellants,

v.

SUN VILLA HOLDINGS, INC. d/b/a SOUTHERN SELECT VILLAS,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Patricia L. Strowbridge, Judge.

May 12, 2026

PER CURIAM.

AFFIRMED.

WHITE and SMITH, JJ., and BUTZ, K. P., Associate Judge, concur.


Eric S. Mashburn, of Law Office of Eric S. Mashburn, Winter Garden, for Appellants.

Charles P. Brady, of Charles Brady Law, PLLC, Saint Petersburg, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED